# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: cbickerst | Date Created: 10/11/2011 |
| Case: 11−14717−reg | Form ID: b9a | Total: 30 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Keith Alden Walker | 111 W. 106th Street | New York, NY 10025 | | |
| ust | United States Trustee | 33 Whitehall Street | 21st Floor | New York, NY 10004 | |
| tr | Roy Babitt | Windels Marx Lane &Mittendorf, LLP | 156 West 56th Street | New York, NY 10019 | |
| aty | Gregory M. Messer | Law Offices of Gregory Messer | 26 Court Street | Suite 2400 | Brooklyn, NY 11242 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 | |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax &Bankruptcy Unit | 86 Chambers Street, Third Floor | New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 | | |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs − Devora Cohn | Brooklyn, NY 11201−3719 | |
| 5669284 | AMERICAN EXPRESS | P.O. BOX 297814 | FORT LAUDERDALE, FL 33329−7814 | | |
| 5669285 | AMERICAN EXPRESS | P.O. BOX 297814 | FORT LAUDERDALE, FL 33329−7814 | | |
| 5669286 | AMERICAN EXPRESS | P.O. BOX 297814 | FORT LAUDERDALE, FL 33329−7814 | | |
| 5669287 | ASHCRAFT FRANKLIN YOUNG | PETERS, LLP | 150 ALLENS CREEK ROAD | ROCHESTER, NY 14618 | |
| 5669288 | BANK OF AMERICA | P.O. BOX 15026 | WILMINGTON, DE 19850−5026 | | |
| 5669289 | CARDMEMBER SERVICE | P.O. BOX 15153 | WILMINGTON, DE 19886−5153 | | |
| 5669290 | CARDMEMBER SERVICE | P.O. BOX 15153 | WILMINGTON, DE 19886−5153 | | |
| 5669291 | CARDMEMBER SERVICE | P.O. BOX 15153 | WILMINGTON, DE 19886−5153 | | |
| 5669292 | CARDMEMBER SERVICE | P.O. BOX 15153 | WILMINGTON, DE 19886−5153 | | |
| 5669293 | CARDMEMBER SERVICE | P.O. BOX 15153 | WILMINGTON, DE 19886−5153 | | |
| 5669294 | CARDMEMBER SERVICE | P.O. BOX 15153 | WILMINGTON, DE 19886−5153 | | |
| 5669295 | CHASE HOME EQUITY | P.O. BOX 78035 | PHOENIX, AZ 85062−8035 | | |
| 5669296 | CITIBANK | P.O. BOX 6500 | SIOUX FALLS, SD 57117−6500 | | |
| 5669297 | CITIBANK | P.O. BOX 6500 | SIOUX FALLS, SD 57117−6500 | | |
| 5669298 | ESL FEDERAL CREDIT UNION | 225 CHESTNUT STREET | ROCHESTER, NY 14604 | | |
| 5669299 | FIFTH THIRD BANK | 5001 KINGLSEY DRIVE | CINCINNATI, OH 45263 | | |
| 5669300 | FIRST NIAGRA BANK | P.O. BOX 28 | BUFFALO, NY 14240−0028 | | |
| 5669301 | PALMS CONDO ASSOC. | P.O. BOX 538699 | ATLANTA, GA 30353−8699 | | |
| 5669302 | PHH MORTGAGE | P.O. BOX 5459 | MOUNT LAUREL, NJ 08054−5459 | | |
| 5669303 | PLACE &ARNOLD | 27 PLEASANT STREET | FAIRPORT, NY 14450 | | |
| 5669304 | TOWN OF FARMINGTON | 1000 COUNTY ROAD #8 | FARMINGTON, NY 14425 | | |
| 5669305 | VACATION VILLAGE @ | BERKSHIRES | 18110 POWELL ROAD | BROOKSVILLE, FL 34604 | |

TOTAL: 30