# Notice Recipients

| District/Off: 0208–1 | User: mdiamond | Date Created: 1/24/2012 |
|---|---|---|
| Case: 11–14717–reg | Form ID: 155 | Total: 32 |

**Recipients of Notice of Electronic Filing:**

tr      Roy Babitt        rbabitt@windelsmarx.com, ny01@ecfcbis.com, rbabitt@gmail.com, lcroslow@windelsmarx.com, theston@windelsmarx.com

aty     Gregory M. Messer       gremesser@aol.com, noblo@aol.com,lduc@aol.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Keith Alden Walker      111 W. 106th Street      New York, NY 10025

ust     United States Trustee     33 Whitehall Street      21st Floor      New York, NY 10004

smg     New York State Tax Commission      Bankruptcy/Special Procedures Section      P.O. Box 5300      Albany, NY 12205–0300

smg     United States Attorney's Office      Southern District of New York      Attention: Tax &Bankruptcy Unit      86 Chambers Street, Third Floor      New York, NY 10007

smg     N.Y. State Unemployment Insurance Fund      P.O. Box 551      Albany, NY 12201–0551

smg     New York City Dept. Of Finance      345 Adams Street, 3rd Floor      Attn: Legal Affairs – Devora Cohn      Brooklyn, NY 11201–3719

5669284     AMERICAN EXPRESS      P.O. BOX 297814      FORT LAUDERDALE, FL 33329–7814

5669285     AMERICAN EXPRESS      P.O. BOX 297814      FORT LAUDERDALE, FL 33329–7814

5669286     AMERICAN EXPRESS      P.O. BOX 297814      FORT LAUDERDALE, FL 33329–7814

5669287     ASHCRAFT FRANKLIN YOUNG      PETERS, LLP      150 ALLENS CREEK ROAD      ROCHESTER, NY 14618

5669288     BANK OF AMERICA      P.O. BOX 15026      WILMINGTON, DE 19850–5026

5669289     CARDMEMBER SERVICE      P.O. BOX 15153      WILMINGTON, DE 19886–5153

5669290     CARDMEMBER SERVICE      P.O. BOX 15153      WILMINGTON, DE 19886–5153

5669291     CARDMEMBER SERVICE      P.O. BOX 15153      WILMINGTON, DE 19886–5153

5669292     CARDMEMBER SERVICE      P.O. BOX 15153      WILMINGTON, DE 19886–5153

5669293     CARDMEMBER SERVICE      P.O. BOX 15153      WILMINGTON, DE 19886–5153

5669294     CARDMEMBER SERVICE      P.O. BOX 15153      WILMINGTON, DE 19886–5153

5669295     CHASE HOME EQUITY      P.O. BOX 78035      PHOENIX, AZ 85062–8035

5669296     CITIBANK      P.O. BOX 6500      SIOUX FALLS, SD 57117–6500

5669297     CITIBANK      P.O. BOX 6500      SIOUX FALLS, SD 57117–6500

5669298     ESL FEDERAL CREDIT UNION      225 CHESTNUT STREET      ROCHESTER, NY 14604

5669299     FIFTH THIRD BANK      5001 KINGLSEY DRIVE      CINCINNATI, OH 45263

5669300     FIRST NIAGRA BANK      P.O. BOX 28      BUFFALO, NY 14240–0028

5672914     JPMorgan Chase Bank, N.A.      c/o Shermeta, Adams &Von Allmen, P.C.      P.O. Box 80908      Rochester Hills, MI 48308–0908

5669301     PALMS CONDO ASSOC.      P.O. BOX 538699      ATLANTA, GA 30353–8699

5669302     PHH MORTGAGE      P.O. BOX 5459      MOUNT LAUREL, NJ 08054–5459

5669303     PLACE &ARNOLD      27 PLEASANT STREET      FAIRPORT, NY 14450

5729360     Recovery Management Systems Corporation      25 S.E. 2nd Avenue, Suite 1120      Miami, FL 33131–1605

5669304     TOWN OF FARMINGTON      1000 COUNTY ROAD #8      FARMINGTON, NY 14425

5669305     VACATION VILLAGE @      BERKSHIRES      18110 POWELL ROAD      BROOKSVILLE, FL 34604

TOTAL: 30